# FREDERICK L. RYAN v. RAINY LAKE RIVER BOOM CORPORATION.[1]

June 30, 1911.

Nos. 17,062—(179).

Case followed.

Action by the former surveyor general of the Fifth district of Minnesota in the district court for Beltrami county to recover $12,354.78, fees for himself and deputies in surveying and scaling, at the request of defendant, certain logs and lumber within defendant's boom upon the Rainy Lake river, and for making and recording scale bills during the years 1905 to 1908, inclusive. From an order, Stanton, J., overruling defendant's demurrer to the complaint, defendant appealed. Affirmed.

*Charles Loring* and *Dodge & Tautges,* for appellant.

*Baldwin, Baldwin & Dancer,* for respondent.

PER CURIAM.

This is an appeal from an order overruling a demurrer interposed by the defendant to the plaintiff's complaint. The complaint is like the complaint in the case of Bennett v. Rainy Lake River Boom Corporation, supra, page 96, 131 N. W. 1059. The points raised by the appellant are the same in each case. For the reasons stated in the decision in the Bennett case, the order of the trial court herein is affirmed.